# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2021

## NO. 03-19-00721-CV

**Embark Holdco Management, LLC; Embark Corporate Services LLC; ACPI (Assignment for the Benefit of Creditors), LLC; ACPAHM (Assignment for the Benefit of Creditors), LLC; AGIA (Assignment for the Benefit of Creditors), LLC; ACS (Assignment for the Benefit of Creditors), LLC; AGIAC (Assignment for the Benefit of Creditors), LLC; and APF (Assignment for the Benefit of Creditors), LLC, Appellants**

**v.**

**Cantilo & Bennett, L.L.P.,
Special Deputy Receiver of Access Insurance Company, Appellee**

---

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on October 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order denying special appearances and renders judgment dismissing the claims against appellants for lack of personal jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.